U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 4 2017

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TANGELIA MADDOX F/K/A TANGELIA MOORE,<br><br>   Plaintiff,<br><br>VS.<br><br>SMILE BRANDS FINANCE, INC.,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§  NO. 4:17-CV-189-A<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Consistent with the notice of dismissal with prejudice filed April 3, 2017,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Tangelia Maddox f/k/a Tangelia Moore, against defendant, Smile Brands Finance, Inc., be, and are hereby, dismissed with prejudice.

SIGNED April 4, 2017.

_____
JOHN McBRYDE
United States District Judge